# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA LUDOVICI MARCHEGIANI,**
Appellant,

v.

**AMOS EYAL,**
Appellee.

No. 4D22-815

[January 19, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502020CA008552.

Lawrence R. Metsch of Metschlaw, P.A., Hollywood, for appellant.

Wayne H. Schwartz of Lee & Amtzis, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***